**John E. FIZER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41322.**

Missouri Court of Appeals, Western District.

June 6, 1989.

Gary William Smith, Sedalia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).